# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE RICHARD FARIBORZ AFRAND | Case No.: 2:25-cv-00301-APG |
| RICHARD FARIBORZ AFRAND,<br><br>　　　Appellant<br><br>v.<br><br>ALEX FUGAZZI, et al.,<br><br>　　　Appellees | **Order Denying Motion for Leave to Proceed in Forma Pauperis**<br><br>[ECF No. 10] |

Pro se appellant Richard Afrand filed an application to proceed in forma pauperis. ECF No. 10. I deny the application because it appears from an application that Afrand filed in another case that he can pay the filing fee. *See In re Afrand*, 2:25-cv-00131-APG.

I THEREFORE ORDER that appellant Richard Afrand's application to proceed in forma pauperis **(ECF No. 10) is DENIED**. Afrand has until April 18, 2025 to pay the filing fee. Failure to timely comply with this order may result in this case being dismissed.

DATED this 31st day of March, 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE